In the Matter of the Application of DORA BOKOR, Appellant, for an Order against S. HOWARD COHEN and Others, Constituting the Board of Elections in the City of New York, etc., Respondents.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [172 Misc. 448.]

In the Matter of the Application of FRANK J. RICCA, Appellant, for the Determination by the Court as to the Designation of Frank J. Ricca, Alfred E. Galland and James Porcelli Named in the Petition Known as the Ricca Petition of the Democratic Party for the 18th Assembly District, New York County, Covering the 22nd Election District to 45th Election District, Inclusive.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of FRANK J. RICCA, Appellant, for an Order Directing S. HOWARD COHEN and Others, Constituting the Commissioners of the Board of Elections of the City of New York, to Accept the Certificate of Substitution of Twelve Candidates for Members of the County Committee, Covering the 22nd Election District, 25th Election District, 29th Election District, 32nd Election District, 42nd Election District, 43rd Election District, and 44th Election District, in the 18th Assembly District, New York County.— Order unanimously affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of PHILIP SAVORY and Others, Appellants, to Compel S. HOWARD COHEN and Others, Constituting the Board of Elections in the City of New York, to Retain and File and Treat as a Valid Designating Petition the Petition Designating Petitioners as Candidates for Members of the County Committee of the Democratic Party in the 19th Assembly District, New York County, on Which Petition Philip Savory, Benjamin Pryme and Joseph Pinckney Are Designated as the Committee to Fill Vacancies.— Order affirmed. No opinion. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant motion on the ground that there was a substantial compliance with section 135 of the Election Law.